FILED
MJ 24-05879
2024 SEP 26 AM 11: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: asi

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States
PLAINTIFF(S)
v.
William Robert Braddock III
DEFENDANT(S).

CASE NUMBER: 8:23 CR54

## DECLARATION RE OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: TFO James Schafer
in the Middle District of Florida on 2/10/2123
at 9:00 ☑ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 875(C)
to wit: Interstate transmission of threats to injure

A warrant for defendant's arrest was issued by: Elizabeth Warren Hernandez

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/26/24
            Date

Signature of Agent: [signature]
Print Name of Agent: Dean Turner

Agency: FBI
Title: FBI - Special Agent

CR-52 (03/20)          DECLARATION RE OUT-OF-DISTRICT WARRANT