UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM ROBERT BRADDOCK, III

MJ 24-05879

CASE NO. 8:23-cr-54 WFJ-TGW

18 U.S.C. § 875(c)

## INDICTMENT

The Grand Jury charges:

### Introduction

At times material to this Indictment:

1. VICTIM-1 was a candidate for the primary election to represent the 13th Congressional District of Florida in the United States House of Representatives, which is in the Middle District of Florida. VICTIM-1 filed a Statement of Candidacy with the Federal Election Commission on or about May 1, 2021.

2. VICTIM-2 was a private citizen and acquaintance of VICTIM-1 who resided in the Middle District of Florida.

3. On or about June 8, 2021, WILLIAM ROBERT BRADDOCK, III, defendant herein, made the following statements, among others, regarding VICTIM-1 and VICTIM-2, during a telephone call with VICTIM-2:

    a. "I don't know about this but . . . probably gonna have access to a hit squad too. Ukrainians and Russians . . . I'm just saying don't get caught in public like supporting [VICTIM-1] because [VICTIM-1]'s supporters are going – they're – [VICTIM-1]'s gonna go down. And I hope it's by herself . . . [M]y polling people are

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY:

gonna charge me twenty thousand dollars to go poll right before the primary. And if the poll says [VICTIM-1]'s gonna win . . . she's gonna be gone, she's gonna disappear . . . For the good of our country, we have to sacrifice the few."

b.   "If we have polling that proves [VICTIM-1] will – she's gonna be gone. Period. That's end of discussion. [VICTIM-1]'s not an issue . . . I call up my Russian-Ukrainian hit squad and within 24 hours they're sending me pictures of her disappearing."

c.   "I will be the next congressman for this district. Period. End of discussion. And anybody going up against me is fucking ignorant for doing so. [VICTIM-1]'s ignorant so I don't have a problem taking her out, but I'm not going to do that dirty work myself obviously."

d.   "I really don't want to have to anybody's life – end anybody's life for the good of the people of the United States of America . . . 'cause it'll break my heart. But, if it needs to be done, it needs to be done."

e.   "[VICTIM-1] is done. She is just fucking done. Please do not associate yourself with her because anybody around her might be a target."

f.   "Russian mafia . . . Close battle combat, TEC-9's, MAC-10's, silencers kind of thing. No snipers . . . Up close and personal so that they know the person, they know the target is gone . . . That's what I'm telling you. Don't fuckin' be on the wrong side of supporting [VICTIM-1], because if you're near her when time comes, I just don't want that to happen to you. You've got kids . . . so don't be associated with [VICTIM-1] under any circumstances, please. . . ."

4. VICTIM-1 and VICTIM-2 expressed fear upon hearing BRADDOCK's statements.

## COUNT ONE
### (Interstate Transmission of Threat to Injure)

The allegations contained in Paragraphs One, Two, Three, and Four of this Indictment are incorporated by reference as if fully set forth herein.

On or about June 8, 2021, in the Middle District of Florida and elsewhere, the defendant,

**WILLIAM ROBERT BRADDOCK, III,**

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another for the purpose of issuing a true threat to injure another person and with knowledge that the communication would be viewed as a true threat to injure another person, that is, by making threats via telephone to injure and kill VICTIM-1 and VICTIM-2.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28

U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney
Middle District of Florida

By: _____
Carlton C. Gammons
Assistant United States Attorney
Middle District of Florida

By: _____
Rachelle DesVaux Bedke
Chief, Economic Crimes Section
Middle District of Florida

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By: _____
Michelle Parikh
Trial Attorney, Public Integrity Section
U.S. Department of Justice

4